## CDX DIAGNOSTICS, INC., Appellant

v.

## U.S. ENDOSCOPY GROUP, INC., Appellee

### 2016-1381

United States Court of Appeals, Federal Circuit.

Date November 14, 2016

Kenneth George, Amster Rothstein & Ebenstein LLP, New York, NY, argued for appellant. Also represented by Brian A. Comack, Mark Berkowitz.

Todd Roberts Tucker, Calfee, Halter & Griswold LLP, Cleveland, OH, argued for appellee. Also represented by Joshua Friedman, Mark McDougall.

(Newman, Lourie, and Moore, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**